IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONOVAN A. HARRIS, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHELLE R. KEEFER, et al. )<br>)<br>Defendants. ) | Civil Action No. 05-720 GMS |

### **ORDER**

WHEREAS, on October 6, 2005, the plaintiffs filed a Complaint against the above-captioned defendants (D.I. 1);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiffs are directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the plaintiffs fail to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.


Dated: June 15, 2006                               /s/ Gregory M. Sleet
                                                          UNITED STATES DISTRICT JUDGE