## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONOVAN A. HARRIS and CORDEL HARRIS, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-720 GMS |
| MICHELLE R. KEEFER and UNITED STATES OF AMERICA, | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

NOW COME plaintiffs, by and through counsel, and, pursuant to FED. R. CIV. P. 41(a)(1)(i), hereby DISMISS the above-captioned action with prejudice due to the settlement of all claims against the United States of America and Michelle R. Keefer.

PERRY & SENSOR

By:  /s/    Michael L. Sensor
        Michael L. Sensor, Esquire
        Delaware Bar ID No.  3541
        One Customs House, Suite 560
        P.O. Box 1568
        Wilmington, DE 19899-1568
        Telephone: (302) 655-4482
        Attorney for Plaintiff

Dated: June 15, 2006